| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GARY C. ZEITZ, L.L.C.**<br>GARY C. ZEITZ, ESQUIRE<br>ROBIN LONDON-ZEITZ, ESQUIRE<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for*<br>*Mary Rose 22, LLC* | |
| In Re:<br><br>EMILIO DEJESUS | Case No.: 25-10177/JNP<br><br>Chapter: Thirteen<br><br>Hearing Date: May 20, 2025 at 2:00PM |
| EMILIO DEJESUS<br>               Plaintiff<br>v.<br>MARY ROSE 22, LLC<br><br>               Defendant | Judge: Jerrold N. Poslusny, Jr.<br><br>Adv. Proc. No. 25-1020/JNP |

## NOTICE OF MOTION TO DISMISS ADVERSARY COMPLAINT

    The above named defendant, has filed papers with the Court to dismiss the above captioned adversary complaint.  <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your lawyer, if you have one on this case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to enter an order for relief requested, or if you want the court to consider your views on the motion, then within seven (7) days prior to the scheduled hearing, you or your lawyer must file with the Court a written response or answer explaining your position, and mail a copy to:

GARY C. ZEITZ, L.L.C.<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043

    If you mail your response to the Court for filing, you must mail it early enough so the Court will receive if by the date stated above.

**HEARING SCHEDULED TO BE HELD BEFORE:**

Honorable: Jerrold N. Poslusny, Jr., U.S.B.J.
Date: May 20, 2025 at 2:00PM
Place: 401 Market Street, 2nd Floor, Camden, NJ 08101

Pursuant to D.N.J. LBR 9013-1(d) et. seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion. A copy of the proposed Order which is sought is enclosed with the Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order dismissing the adversary complaint.

                                              **GARY C. ZEITZ, L.L.C.**

Dated: April 28, 2025                By:/s/ ROBIN I. LONDON-ZEITZ
                                                  ROBIN I. LONDON-ZEITZ, ESQUIRE
                                                  *Attorneys for Mary Rose 22, LLC*