| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GARY C. ZEITZ, L.L.C.**<br>GARY C. ZEITZ, ESQUIRE<br>ROBIN LONDON-ZEITZ, ESQUIRE<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for*<br>*Mary Rose 22, LLC* | |
| In Re:<br><br>EMILIO DEJESUS | Case No.: 25-10177/JNP<br><br>Chapter: Thirteen<br><br>Hearing Date: May 20, 2025 at 2:00PM |
| EMILIO DEJESUS<br>                    Plaintiff<br>v.<br>MARY ROSE 22, LLC<br><br>                    Defendant | Judge: Jerrold N. Poslusny, Jr.<br><br>Adv. Proc. No. 25-1020/JNP |

**CERTIFICATION IN SUPPORT OF MARY ROSE 22, LLC'S MOTION TO DISMISS**

I, Robin London-Zeitz, hereby certify as follows:

1.      I am counsel for Mary Rose 22, LLC ("Mary Rose"). This certification is made in support of Defendant Mary Rose's Motion to Dismiss Adversary Complaint. I have personal knowledge of the facts contained herein.

2.      On January 7, 2025, Emilio DeJesus (the "Debtor") filed a voluntary petition for relief pursuant to Chapter 13 of the United States Bankruptcy Code.

3.      Prior to the filing of the Debtor's bankruptcy, on September 16, 2020, FIG Cust FIG NJ19 LLC & Sec Pty ("FIG") purchased from the Township of Pennsauken tax sale certificate number 20-00071 ("Tax Lien"), which is secured by the real property located at 1763

1

41st Street, Pennsauken, New Jersey, Block 902, Lot 15 (the "Property"). The Tax Lien was subsequently assigned to Mary Rose 22, LLC ("Mary Rose").

4. On December 8, 2023, FIG instituted proceedings for foreclosure of the Tax Lien by filing a complaint for Foreclosure of Tax Sale Certificate in the Superior Court of New Jersey bearing Docket No. F-13954-23 (the "Foreclosure Proceedings").

5. On December 29, 2023, FIG recorded a notice of lis pendens against the Property with respect to the Foreclosure Proceedings. A copy of the recorded Notice of Lis Pendens is attached hereto as Exhibit "A" and made a part hereof.

6. On July 26, 2024, FIG sent a notice to the property owner advising of the owner's right to request a sheriff's sale. The owner did not request that the Property be sold at sheriff's sale. A copy of the notice is attached hereto as Exhibit "B" and made a part hereof.

7. On December 6, 2024, Mary Rose became the owner of the Property by virtue of a Final Judgment of Foreclosure entered in the Foreclosure Proceedings.

8. A copy of the revised Tax Sale Law, which was enacted on July 10, 2024 is attached hereto as Exhibit "C" and made a part hereof.

I certify that the foregoing statements are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**GARY C. ZEITZ LLC**

Dated: April 28, 2025

By: /s/ ROBIN LONDON-ZEITZ
Robin London-Zeitz, Esquire
*Counsel for Mary Rose 22, LLC*