| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GARY C. ZEITZ, L.L.C.**<br>GARY C. ZEITZ, ESQUIRE<br>ROBIN LONDON-ZEITZ, ESQUIRE<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for*<br>*Mary Rose 22, LLC* | |
| In Re:<br><br>EMILIO DEJESUS | Case No.: 25-10177/JNP<br><br>Chapter: Thirteen<br><br>Hearing Date: May 20, 2025 at 2:00PM |
| EMILIO DEJESUS<br>            Plaintiff<br>v.<br>MARY ROSE 22, LLC<br><br>            Defendant | Judge: Jerrold N. Poslusny, Jr.<br><br>Adv. Proc. No. 25-1020/JNP |

## ORDER DISMISSING ADVERSARY COMPLAINT

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

Upon the motion of Mary Rose 22, LLC to dismiss the above captioned Adversary Complaint, and for good cause shown;

**IT IS HEREBY ORDERED** that the Adversary Complaint filed by the Debtor Emilio DeJesus against Mary Rose 22, LLC bearing Adv. Proc. No. 25-1020/JNP is **DISMISSED WITH PREJUDICE**.